1   Trevor Brandt McCann, SBN 243724
    LAW OFFICES OF TREVOR BRANDT MCCANN
2   2279 Foxhill Drive, Suite 200
    Martinez, CA 94553
3   Tel:  925-270-7058
    TBM@tbmclaw.com
4   Attorneys for Defendant/Third Party Plaintiff
    Sandra Guadalupe Lemus

5

6   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
7   1114 Fremont Avenue
    South Pasadena, CA 91030-3227
    Tel:  626-799-9797
8   Fax:  626-799-9795
    TPRLAW@att.net
9   Attorneys for Plaintiff
    J & J Sports Productions, Inc.

10

11  Ryan Geoffrey Baker, SBN 214036
    BAKER MARQUART, LLP
12  10990 Wilshire Blvd., Fourth Floor
    Los Angeles, CA 90024
13  Tel:  424-652-7800
    Fax:  424-652-7850
14  RBAKER@bakermarquart.com
    Attorneys for Third Party Defendants
15  DirecTV, Inc.

16

17

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **NORTHERN DISTRICT OF CALIFORNIA** | |
| **SAN FRANCISCO DIVISION** | |

18

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No.  3:10-CV-04170-CRB** |
| Plaintiff, | **DEFENDANT/THIRD PARTY** |
| v. | **DEFENDANT SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE THE SETTLEMENT CONFERENCE; AND ORDER ~~(Proposed)~~** |
| **SANDRA GUADALUPE LEMUS, et al.,** | |
| Defendant. | |
| | **DATE:  Wednesday, January 18, 2012** |
| | **TIME:   9:00 AM** |

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE BERNARD ZIMMERMAN, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, Defendant/Third Party Defendant Sandra Guadalupe Lemus, Plaintiff J & J Sports Productions, Inc., and Third Party Defendant DirecTV, Inc., hereby agree, stipulate, and respectfully request that this Honorable Court vacate or continue the January 18, 2012 Settlement Conference.

1.      This request is necessitated by the fact that Defendant Sandra Lemus has a scheduling conflict as set forth below.

2.      Sandra Lemus is the sole proprietor of La Palapa Restaurant in Santa Rosa, California. Sandra Lemus operates La Palapa with her husband Mauricio Lemus. Sandra Lemus also employs individuals as cooks and wait staff. During the week of January 16 – 20, 2012, a number of Sandra Lemus's employees will be on scheduled vacations. Her employees' absences require Sandra Lemus and Mauricio Lemus to staff La Palapa personally from early-morning until late-evening. (Please see Letter from Sandra Lemus filed herewith as Exhibit 1.)

///
///
///
///
///
///
///
///
///
///
///
///
///

**WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue the upcoming Settlement Conference presently scheduled for Wednesday, January 18, 2012.

Respectfully submitted,

Dated: January 10, 2012

*/S/ Trevor McCann*
**TREVOR BRANDT MCCANN**
By: Trevor Brandt McCann
Attorneys for Defendant/Third Party Defendant
Sandra Guadalupe Lemus

Dated:

**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: January 10, 2012

*/S/ Ryan Baker*
**BAKER MARQUART, LLP**
By: Ryan Geoffrey Baker
Attorneys for Third Party Defendant
DirecTV, Inc.

///
///
///
///
///
///

1       **WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue

2  the upcoming Settlement Conference presently scheduled for Wednesday, January 18, 2012.

3

4

5                            Respectfully submitted,

6

7  Dated: January 6, 2012

8                            **TREVOR BRANDT MCCANN**

9                            By: Trevor Brandt McCann
Attorneys for Defendant/Third Party Defendant

10                           Sandra Guadalupe Lemus

11

12

13  Dated: January 6, 2012

14                            **LAW OFFICES OF THOMAS P. RILEY**

15                            By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

16

17

18  Dated: January 6, 2012

19                            **BAKER MARQUART, LLP**

20                            By: Ryan Geoffrey Baker
Attorneys for Third Party Defendant

21                           DirecTV, Inc.

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## ORDER (Proposed)

**IT IS HEREBY ORDERED** that the Settlement Conference deadline in civil action 3:10-CV-04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus* is hereby continued from January 18, 2012 to _____.

**The settlement conference is continued to Monday, January 23, 2012 at 1:30 p.m.  Settlement conference statements are due January 16, 2012.**

**IT IS SO ORDERED:**

_____          Dated: _ January 10, 2012 _____

**THE HONORABLE BERNARD ZIMMERMAN**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

# CERTIFICATE OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2279 Foxhill Drive, Suite 200, Martinez, California 94553.

On January 10, 2012, I caused a true and correct copy of the foregoing document described as:

**DEFENDANT/THIRD PARTY DEFENDANT SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE THE SETTLEMENT CONFERENCE; AND ORDER (Proposed)**

to be served on the parties to this action as follows:

Electronic Service through the Court's  Electronic Case Files (ECF) system.

The following counsel currently receive email notices for this case through the ECF system.

### SERVICE LIST

Thomas P. Riley                                   **Attorney for J & J Sports Productions, Inc.**
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA  91030-3227

Mr. Ryan Geoffrey Baker                         **Attorneys for DirecTV, Inc.**
Baker Marquart, LLP                              .
10990 Wilshire Blvd., Fourth Floor
Los Angeles, CA 90024
rbaker@bakermarquart.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 10, 2012

Signed:        /s/ Trevor McCann
                    Trevor McCann