Trevor Brandt McCann, SBN 243724
LAW OFFICES OF TREVOR BRANDT MCCANN
2279 Foxhill Drive, Suite 200
Martinez, CA 94553
Tel:  925-270-7058
TBM@tbmclaw.com
Attorneys for Defendant/Third Party Plaintiff
Sandra Guadalupe Lemus


Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.


Ryan Geoffrey Baker, SBN 214036
BAKER MARQUART, LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, CA 90024
Tel:  424-652-7800
Fax:  424-652-7850
RBAKER@bakermarquart.com
Attorneys for Third Party Defendants
DirecTV, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  3:10-CV-04170-CRB |
| Plaintiff, | DEFENDANT/THIRD PARTY DEFENDANT SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE THE SETTLEMENT CONFERENCE; AND ORDER ~~(Proposed)~~ |
| v. | |
| SANDRA GUADALUPE LEMUS, et al., | |
| Defendant. | DATE:  Wednesday, January 18, 2012 |
| | TIME:   9:00 AM |

**TO THE HONORABLE BERNARD ZIMMERMAN, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, Defendant/Third Party Defendant Sandra Guadalupe Lemus, Plaintiff J & J Sports Productions, Inc., and Third Party Defendant DirecTV, Inc., hereby agree, stipulate, and respectfully request that this Honorable Court vacate or continue the January 18, 2012 Settlement Conference.

1.    This request is necessitated by the fact that Defendant Sandra Lemus has a scheduling conflict as set forth below.

2.    Sandra Lemus is the sole proprietor of La Palapa Restaurant in Santa Rosa, California. Sandra Lemus operates La Palapa with her husband Mauricio Lemus. Sandra Lemus also employs individuals as cooks and wait staff. During the week of January 16 – 20, 2012, a number of Sandra Lemus's employees will be on scheduled vacations. Her employees' absences require Sandra Lemus and Mauricio Lemus to staff La Palapa personally from early-morning until late-evening. (Please see Letter from Sandra Lemus filed herewith as Exhibit 1.)

///
///
///
///
///
///
///
///
///
///
///
///
///

1    **WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue

2    the upcoming Settlement Conference presently scheduled for Wednesday, January 18, 2012.

3

4

5                                                  Respectfully submitted,

6

7    Dated:  January 10, 2012                      */S/ Trevor McCann*

8                                                  **TREVOR BRANDT MCCANN**
                                                   By: Trevor Brandt McCann
9                                                  Attorneys for Defendant/Third Party Defendant
                                                   Sandra Guadalupe Lemus
10

11

12

13   Dated:                                        _____

14                                                 **LAW OFFICES OF THOMAS P. RILEY**
                                                   By: Thomas P. Riley
15                                                 Attorneys for Plaintiff
                                                   J & J Sports Productions, Inc.
16

17

18   Dated:  January 10, 2012                      */S/ Ryan Baker*

19                                                 **BAKER MARQUART, LLP**
                                                   By: Ryan Geoffrey Baker
20                                                 Attorneys for Third Party Defendant
                                                   DirecTV, Inc.
21

22

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue the upcoming Settlement Conference presently scheduled for Wednesday, January 18, 2012.

Respectfully submitted,

Dated: January 6, 2012

_____
**TREVOR BRANDT MCCANN**
By: Trevor Brandt McCann
Attorneys for Defendant/Third Party Defendant
Sandra Guadalupe Lemus

Dated: January 6, 2012

_____
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: January 6, 2012

_____
**BAKER MARQUART, LLP**
By: Ryan Geoffrey Baker
Attorneys for Third Party Defendant
DirecTV, Inc.

///
///
///
///
///
///

1

## ORDER (Proposed)

2

3        **IT IS HEREBY ORDERED** that the Settlement Conference deadline in civil action 3:10-CV-

4    04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus* is hereby continued

5    from January 18, 2012 to _____.

6                                                      **The settlement conference is continued to Monday, January**
                                                       **23, 2012 at 1:30 p.m.  Settlement conference statements are**
7    **IT IS SO ORDERED:**                             **due January 16, 2012.**

8

9

10   _____          Dated: _January 10, 2012_____

11   **THE HONORABLE BERNARD ZIMMERMAN**
     **United States District Court**
12   **Northern District of California**
13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///
     ///
27   ///

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

        I am employed in the County of Contra Costa, State of California. I am over the age of 18 years

3

and not a party to the within action. My business address is 2279 Foxhill Drive, Suite 200, Martinez,

California 94553.

4

        On January 10, 2012, I caused a true and correct copy of the foregoing document described as:

5

**DEFENDANT/THIRD PARTY DEFENDANT SANDRA GUADALUPE LEMUS,**

6

**PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT**

7

**DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE THE SETTLEMENT**

**CONFERENCE; AND ORDER (Proposed)**

8

to be served on the parties to this action as follows:

9

<u>Electronic Service through the Court's  Electronic Case Files (ECF) system.</u>

10

The following counsel currently receive email notices for this case through the ECF system.

11

12

### *SERVICE LIST*

13

Thomas P. Riley                                          **Attorney for J & J Sports Productions, Inc.**

14

LAW OFFICES OF THOMAS P. RILEY, P.C.

First Library Square

15

1114 Fremont Avenue

South Pasadena, CA  91030-3227

16

17

Mr. Ryan Geoffrey Baker                          **Attorneys for DirecTV, Inc.**

Baker Marquart, LLP                                        .

18

10990 Wilshire Blvd., Fourth Floor

Los Angeles, CA 90024

19

rbaker@bakermarquart.com

20

21

22

        I declare under penalty of perjury under the laws of the United States of America that the

23

foregoing is true and correct.

24

Dated: January 10, 2012

25

                                        Signed:        /s/ Trevor McCann

26

                                                        Trevor McCann

27

28