1. Trevor McCann, State Bar No. 243724
2. Law Offices of Trevor Brandt McCann
3. 2279 Foxhill Drive, Suite 200
4. Martinez, California 94553
5. Tel.: (925) 270-7058
6. tbm@tbmclaw.com
7. Attorney for Defendant Third-party Plaintiff Sandra Lemus

Thomas P. Riley, State Bar No. 194706
Law Offices of Thomas P. Riley, P.C.
1114 Fremont Avenue
South Pasadena, California 91030-3227
Tel.: (626) 799-9797
Fax: (626) 799-9795
tprlaw@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Ryan G. Baker, State Bar No. 214036
Baker Marquart, L.L.P.
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California 90024
Tel.: (424) 652-7800
Fax: (424) 652-7850
rbaker@bakermarquart.com
Attorneys for Third-party Defendant
DirecTV, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDRA LEMUS, et al., <br><br> Defendant. | Case No. 3:10-CV-04170-CRB <br><br> **STIPULATION TO VACATE OR CONTINUE PRE-TRIAL CONFERENCE AND TRIAL; AND ORDER (~~Proposed~~)** <br><br> **Date:  Thursday, February 27, 2012** <br><br> **Time:  9:00 AM** |

1

**TO THE HONORABLE CHARLES R. BREYER, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, Defendant and Third Party Defendant Sandra Guadalupe Lemus, Plaintiff J & J Sports Productions, Inc., and Third Party Defendant DirecTV, Inc., hereby agree, stipulate, and respectfully request that this Honorable Court vacate or continue the February 23, 2012 pre-trial and February 27, 2012 trial in this matter.

1. This request is necessitated because the Settlement Conference in this matter, before the Honorable Bernard Zimmerman, has been continued twice from January 3, 2012 to January 18, 2012 due to J & J's scheduling conflicts (*see* Doc. No. 48), and from January 18, 2012 to an undetermined date due to Sandra Lemus' scheduling conflicts (Lemus's requested Stipulation to Continue Settlement Conference was filed concurrently with this stipulation, *see* Doc. No. 50).

2. The Parties agree that a Settlement Conference facilitated by Judge Zimmerman will be beneficial toward resolving the issues in this matter.

3. The Parties further agree that scheduling the Settlement Conference and pre-trial and trial scheduled too closely together may inhibit the natural course of negotiations.

NOW THEREFORE IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that trial and the pre-trial conference should be extended and set for: pre-trial conference on April 19, 2012 and trial on April 23, 2012.

///
///
///
///
///
///
///
///

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

```
 1                                          Respectfully submitted,
 2  Dated: January 10, 2012                  LAW OFFICES OF TREVOR BRANDT MCCANN
 3
 4                                           /S/ Trevor McCann
 5                                           Trevor McCann
                                             Attorney for Defendant and Third-party Plaintiff,
 6                                           Sandra Lemus
 7
 8  Dated: January 10, 2012                  LAW OFFICES OF THOMAS P. RILEY, P.C.
 9
10
11                                           By:
                                             Thomas P. Riley
12                                           Attorney for Plaintiff,
                                             J & J Sports Productions, Inc.
13
14  Dated: January 10, 2012                  BAKER MARQUART, L.L.P.
15
16                                           By:
                                             Ryan G. Baker
17                                           Attorney for Third-party Defendant,
                                             DirecTV, Inc.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

1                                              Respectfully submitted,

2    Dated: January 10, 2012           LAW OFFICES OF TREVOR BRANDT MCCANN

5                                              Trevor McCann
6                                              Attorney for Defendant and Third-party Plaintiff, Sandra Lemus

8    Dated: January 10, 2012           LAW OFFICES OF THOMAS P. RILEY, P.C.

10                                            By: _____
11                                            Thomas P. Riley
                                               Attorney for Plaintiff,
12                                            J & J Sports Productions, Inc.

14    Dated: January 10, 2012           BAKER MARQUART, L.L.P.

16                                            By: /S/ Ryan Baker
                                               Ryan G. Baker
17                                            Attorney for Third-party Defendant, DirecTV, Inc.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 **ORDER (Proposed)**

**IT IS HEREBY ORDERED** that the pre-trial conference and trial in civil action 3:10-CV-04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus* are hereby continued from February 23, 2012 and February 27, 2012, respectively to: pre-trial conference on April 19, 2012 and trial on April 23, 2012.

**IT IS SO ORDERED:**

_____     Dated:   January 11, 2012

**THE HONORABLE CHARLES R. BREYER**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

4

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB