Trevor McCann, State Bar No. 243724
Law Offices of Trevor Brandt McCann
2279 Foxhill Drive, Suite 200
Martinez, California 94553
Tel.: (925) 270-7058
tbm@tbmclaw.com
Attorney for Defendant Third-party Plaintiff
Sandra Lemus

Thomas P. Riley, State Bar No. 194706
Law Offices of Thomas P. Riley, P.C.
1114 Fremont Avenue
South Pasadena, California 91030-3227
Tel.: (626) 799-9797
Fax: (626) 799-9795
tprlaw@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Ryan G. Baker, State Bar No. 214036
Baker Marquart, L.L.P.
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California 90024
Tel.: (424) 652-7800
Fax: (424) 652-7850
rbaker@bakermarquart.com
Attorneys for Third-party Defendant
DirecTV, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:10-CV-04170-CRB |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE OR CONTINUE PRE-TRIAL CONFERENCE AND TRIAL; AND ORDER (~~Proposed~~)** |
| vs. | |
| SANDRA LEMUS, et al., | **Date: Thursday, February 27, 2012** |
| Defendant. | **Time: 9:00 AM** |

1

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE
LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD
PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE
OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE CHARLES R. BREYER, THE PARTIES, AND THEIR**
**ATTORNEY/S OF RECORD:**

By and through their counsel, Defendant and Third Party Defendant Sandra Guadalupe
Lemus, Plaintiff J & J Sports Productions, Inc., and Third Party Defendant DirecTV, Inc., hereby
agree, stipulate, and respectfully request that this Honorable Court vacate or continue the
February 23, 2012 pre-trial and February 27, 2012 trial in this matter.

1.      This request is necessitated because the Settlement Conference in this matter,
before the Honorable Bernard Zimmerman, has been continued twice from January 3, 2012 to
January 18, 2012 due to J & J's scheduling conflicts (*see* Doc. No. 48), and from January 18,
2012 to an undetermined date due to Sandra Lemus' scheduling conflicts (Lemus's requested
Stipulation to Continue Settlement Conference was filed concurrently with this stipulation, *see*
Doc. No. 50).

2.      The Parties agree that a Settlement Conference facilitated by Judge Zimmerman
will be beneficial toward resolving the issues in this matter.

3.      The Parties further agree that scheduling the Settlement Conference and pre-
trial and trial scheduled too closely together may inhibit the natural course of negotiations.

NOW THEREFORE IT IS HEREBY STIPULATED, by and between the Parties
through their respective counsel, that trial and the pre-trial conference should be extended and
set for: pre-trial conference on April 19, 2012 and trial on April 23, 2012.

///

///

///

///

///

///

///

///

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE
LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD
PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE
OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

1

Respectfully submitted,

2   Dated: January 10, 2012

LAW OFFICES OF TREVOR BRANDT MCCANN

3

4

*/S/ Trevor McCann*

5

Trevor McCann

6

Attorney for Defendant and Third-party Plaintiff,
Sandra Lemus

7

8   Dated: January 10, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.

9

10

By:

11

Thomas P. Riley
Attorney for Plaintiff,

12

J & J Sports Productions, Inc.

13

14   Dated: January 10, 2012

BAKER MARQUART, L.L.P.

15

16

By:

Ryan G. Baker

17

Attorney for Third-party Defendant,
DirecTV, Inc.

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

3

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE
LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD
PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE
OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

1

2  Respectfully submitted,

Dated: January 10, 2012        LAW OFFICES OF TREVOR BRANDT MCCANN

3

4  _____

5  Trevor McCann
   Attorney for Defendant and Third-party Plaintiff,
6  Sandra Lemus

7

8  Dated: January 10, 2012        LAW OFFICES OF THOMAS P. RILEY, P.C.

9

10  By:_____
11  Thomas P. Riley
    Attorney for Plaintiff,
12  J & J Sports Productions, Inc.

13

14  Dated: January 10, 2012        BAKER MARQUART, L.L.P.

15

16  By:  /S/ Ryan Baker_____
    Ryan G. Baker
17  Attorney for Third-party Defendant,
    DirecTV, Inc.

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

DEFENDANT AND THIRD PARTY PLAINTIFF SANDRA GUADALUPE
LEMUS, PLAINTIFF J & J SPORTS PRODUCTIONS, INC., AND THIRD
PARTY DEFENDANT DIRECTV, INC.'S STIPULATION TO VACATE
OR CONTINUE PRE-TRIAL AND TRIAL; AND ORDER (Proposed)

CASE No. 3:10-CV-04170-CRB

1

**ORDER** ~~(Proposed)~~

2

3

    **IT IS HEREBY ORDERED** that the pre-trial conference and trial in civil action 3:10-

4

CV-04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus* are hereby

5

continued from February 23, 2012 and February 27, 2012, respectively to: pre-trial conference

6

on April 19, 2012 and trial on April 23, 2012.

7

8

9

**IT IS SO ORDERED:**

10

11

12

13

14

                                                    Dated:___ January 11, 2012 _____

15

**THE HONORABLE CHARLES R. BREYER**

16

**United States District Court**

17

**Northern District of California**

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

4