Ryan Geoffrey Baker, SBN 214036
BAKER MARQUART, LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, CA 90024
Tel: 424-652-7800
Fax: 424-652-7850
RBAKER@bakermarquart.com
Attorneys for Third Party Defendant
and Counterclaimant, DIRECTV, Inc.

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Trevor Brandt McCann, SBN 243724
LAW OFFICES OF TREVOR BRANDT MCCANN
2279 Foxhill Drive, Suite 200
Martinez, CA 94553
Tel: 925-270-7058
TBM@tbmclaw.com
Attorneys for Defendant/Third Party Plaintiff
Sandra Guadalupe Lemus

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA GUADALUPE LEMUS, et al., <br><br> Defendant. | Case No. 3:10-CV-04170-CRB <br><br> THIRD PARTY DEFENDANT AND COUNTERCLAIMANT DIRECTV, INC. AND PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT/THIRD PARTY DEFENDANT SANDRA GUADALUPE LEMUS STIPULATION TO VACATE OR CONTINUE THE SETTLEMENT CONFERENCE; AND ORDER (Proposed) <br><br> DATE: January 23, 2012 <br><br> TIME: 1:30 p.m. |

TO THE HONORABLE BERNARD ZIMMERMAN, THE PARTIES, AND THEIR

ATTORNEY/S OF RECORD:

By and through their counsel, Third Party Defendant and Counterclaimant DIRECTV, Inc. ("DIRECTV"), Plaintiff J & J Sports Productions, Inc., and Defendant/Third Party Defendant Sandra Guadalupe Lemus, hereby agree, stipulate, and respectfully request that this Honorable Court vacate or continue the January 23, 2012 Settlement Conference.

1.     This request is necessitated by the fact that lead trial counsel for DIRECTV has an all-day mediation in southern California scheduled for January 23, 2012.

2.     The parties have met and conferred and determined that January 30, 2012 is the date most amenable to counsel and party representatives and respectfully request that the Settlement Conference be continued until then.

///

///

///

///

///

///

///

**WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue the upcoming Settlement Conference presently scheduled for Monday, January 23, 2012.

Respectfully submitted,

Dated: January 13, 2012

/s/ Ryan Baker
**BAKER MARQUART, LLP**
By: Ryan Geoffrey Baker
Attorneys for Third Party Defendant
and Counterclaimant DIRECTV, Inc.

1

Dated: January 13, 2012

2

3

4

5

6

Dated: January 13, 2012

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

/s/ Trevor McCann
**TREVOR BRANDT MCCANN**
By: Trevor Brandt McCann
Attorneys for Defendant/Third Party Defendant
Sandra Guadalupe Lemus

## ORDER [Proposed]

   **IT IS HEREBY ORDERED** that the Settlement Conference deadline in civil action 3:10-CV-04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus, et al.* . is hereby continued from January 23, 2012 to __February 2, 2012__ at 9:00 a.m.

**IT IS SO ORDERED:**

Dated: __January 17, 2012__

**THE HONORABLE BERNARD ZIMMERMAN**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///
///
///
///