1   Ryan Geoffrey Baker, SBN 214036
    BAKER MARQUART, LLP
2   10990 Wilshire Blvd., Fourth Floor
    Los Angeles, CA 90024
3   Tel:  424-652-7800
    Fax:  424-652-7850
4   RBAKER@bakermarquart.com
    Attorneys for Third Party Defendant
5   and Counterclaimant, DIRECTV, Inc.

6   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
7   1114 Fremont Avenue
    South Pasadena, CA 91030-3227
8   Tel:  626-799-9797
    Fax:  626-799-9795
9   TPRLAW@att.net
    Attorneys for Plaintiff
10  J & J Sports Productions, Inc.

11  Trevor Brandt McCann, SBN 243724
    LAW OFFICES OF TREVOR BRANDT MCCANN
12  2279 Foxhill Drive, Suite 200
    Martinez, CA 94553
13  Tel:  925-270-7058
    TBM@tbmclaw.com
14  Attorneys for Defendant/Third Party Plaintiff
    Sandra Guadalupe Lemus

15

16                          UNITED STATES DISTRICT COURT
17                        NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
18

19  J & J SPORTS PRODUCTIONS, INC.,          Case No.  3:10-CV-04170-CRB

20            Plaintiff,                      THIRD PARTY DEFENDANT AND
                                             COUNTERCLAIMANT DIRECTV, INC.
21            v.                             AND PLAINTIFF J & J SPORTS
                                             PRODUCTIONS, INC. AND
22  SANDRA GUADALUPE LEMUS, et al.,          DEFENDANT/THIRD PARTY
                                             DEFENDANT SANDRA GUADALUPE
23            Defendant.                     LEMUS STIPULATION TO VACATE OR
                                             CONTINUE THE SETTLEMENT
24                                           CONFERENCE; AND ORDER (Proposed)
25
                                             DATE:  January 23, 2012
26
                                             TIME:   1:30 p.m.
27

28
    TO THE HONORABLE BERNARD ZIMMERMAN, THE PARTIES, AND THEIR

    ATTORNEY/S OF RECORD:

By and through their counsel, Third Party Defendant and Counterclaimant DIRECTV, Inc. ("DIRECTV"), Plaintiff J & J Sports Productions, Inc., and Defendant/Third Party Defendant Sandra Guadalupe Lemus, hereby agree, stipulate, and respectfully request that this Honorable Court vacate or continue the January 23, 2012 Settlement Conference.

1.      This request is necessitated by the fact that lead trial counsel for DIRECTV has an all-day mediation in southern California scheduled for January 23, 2012.

2.      The parties have met and conferred and determined that January 30, 2012 is the date most amenable to counsel and party representatives and respectfully request that the Settlement Conference be continued until then.

///

///

///

///

///

///

///

**WHEREFORE,** The Parties respectfully request that this Honorable Court vacate or continue the upcoming Settlement Conference presently scheduled for Monday, January 23, 2012.

Respectfully submitted,

Dated: January 13, 2012                    /s/ Ryan Baker
                                           **BAKER MARQUART, LLP**
                                           By: Ryan Geoffrey Baker
                                           Attorneys for Third Party Defendant
                                           and Counterclaimant DIRECTV, Inc.

{00047789.DOC - v1}Page 2

Dated: January 13, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated:  January 13, 2012

/s/ Trevor McCann
**TREVOR BRANDT MCCANN**
By: Trevor Brandt McCann
Attorneys for Defendant/Third Party Defendant
Sandra Guadalupe Lemus

1

2                                    <u>ORDER [Proposed]</u>

3

4         **IT IS HEREBY ORDERED** that the Settlement Conference deadline in civil action 3:10-CV-

5    04170-CRB styled *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus, et al.* . is hereby

6    continued from January 23, 2012 to _ February 2, 2012 at 9:00 a.m.

7

8

9
     **IT IS SO ORDERED:**
10

11

12
     _____          Dated:____January 17, 2012_____
13
     **THE HONORABLE BERNARD ZIMMERMAN**
14   **United States District Court**
     **Northern District of California**
15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///
     ///